4

LAW OFFICES OF
# DAVID T. BOWEN, P.C.

1042 TERRACE ST.
MUSKEGON, MICHIGAN 49442

RECEIVED MAR 3 0 2012

DAVID T. BOWEN
GREGORY R. TODD
*Of Counsel:*
DAVID K. FATH, JR.

PHONE: (231) 726-4484
FAX: (231) 726-5924
email@bowen-law.com

March 29, 2012

20th Circuit Court
414 Washington St.
Grand Haven, MI 49417

Re:   *Ervin Joseph LaMie, Jr. v Greg Smith, et al*
      **Case No. 11-02489-CH**
      **Our File No. 4299-039-006**

Dear Ladies:

Enclosed please find the following for filing in connection with this matter:

1.   Notice of Intent to Enter Order for Contempt of Court
2.   proposed Order for Contempt of Court (original + 1 copy)
3.   Proof of Service

A copy of the same has this date been forwarded to parties of record.

Thank you for your assistance in this regard.

Sincerely yours,

Gregory R. Todd

GRT:skw

Enc.

cc:   Ervin J. LaMie, Jr.
      Edward E. Wasiura
      David W. LaMie
      P.W. Services, Inc.



# STATE OF MICHIGAN

## IN THE 20th CIRCUIT COURT FOR THE COUNTY OF OTTAWA

ERVIN JOSEPH LAMIE, JR.,
          Plaintiff,

v

GREG SMITH and
PAMELA SUE SMITH, husband and wife,
DAVID W. LAMIE, ERVIN J. LAMIE SR.
MURIEL D. LAMIE, husband and wife,
FRED BENDER, JR.,
jointly and severally,
          Defendants.
_____/

Hon. Edward R. Post

File No. 11-02489-CH

Ervin J. LaMie, Jr.
*Plaintiff, In Pro Per*
5494 Wilson Road
Fruitport, MI 49415

Edward E. Wasiura (P30555)
**Houghtaling, Wasiura & Catalino, PLC**
*Attorney for Defendants Greg Smith
and Pamela Sue Smith*
1189 Peck Street, P.O. Box 976
Muskegon, MI 49443-0976
(231)722-2222
_____/

David T. Bowen (P38946)
Gregory R. Todd (P70978)
**DAVID T. BOWEN, P.C.**
*Attorney P.W. Services, Inc., as
Conservator for Ervin J. LaMie, Sr.
and Muriel D. LaMie, Defendants*
1042 Terrace Street
Muskegon, MI 49442
(231)726-4484

## NOTICE OF INTENT TO ENTER ORDER FOR CONTEMPT OF COURT

TO:    Clerk of the Court
         Edward E. Wasiura, Attorney for Smith
         Ervin Joseph LaMie, Jr.

**PLEASE TAKE NOTICE** that the proposed Order for Contempt of Court in this cause, copy of which is attached hereto, shall be submitted to the Court for entry, pursuant to MCR 2.602(B), at least seven (7) days from the date of service of Notice of Intent to Enter Order for Contempt of Court upon opposing parties. If no written objections are filed with the Court within seven (7) days of service of these documents upon opposing parties, then said Order for Contempt of Court shall be submitted to the Court for entry.

Dated: March 29, 2012

                                          _____
                                          Gregory R. Todd (P70978)
                                          Attorney for P.W. Services, Inc.

# STATE OF MICHIGAN

## IN THE 20th CIRCUIT COURT FOR THE COUNTY OF OTTAWA

ERVIN JOSEPH LAMIE, JR.,
        Plaintiff,

v

GREG SMITH and
PAMELA SUE SMITH, husband and wife,
DAVID W. LAMIE, ERVIN J. LAMIE SR.
MURIEL D. LAMIE, husband and wife,
FRED BENDER, JR.,
jointly and severally,
        Defendants.
_____/

Hon. Edward R. Post

File No. 11-02489-CH

Ervin J. LaMie, Jr.
*Plaintiff, In Pro Per*
5494 Wilson Road
Fruitport, MI 49415

Edward E. Wasiura (P30555)
**Houghtaling, Wasiura & Catalino, PLC**
*Attorney for Defendants Greg Smith
and Pamela Sue Smith*
1189 Peck Street, P.O. Box 976
Muskegon, MI 49443-0976
(231)722-2222
_____/

David T. Bowen (P38946)
Gregory R. Todd (P70978)
**DAVID T. BOWEN, P.C.**
*Attorney P.W. Services, Inc., as
Conservator for Ervin J. LaMie, Sr.
and Muriel D. LaMie, Defendants*
1042 Terrace Street
Muskegon, MI 49442
(231)726-4484

## PROOF OF SERVICE

STATE OF MICHIGAN   )
                            ) ss.
COUNTY OF MUSKEGON)

Sharon Woirol, being first duly sworn, deposes and says that on the 29th day of March, 2012, she personally mailed a copy of: **a Notice of Intent to Enter Order for Contempt of Court and a proposed Order for Contempt of Court** to the following interested parties by mailing same in an envelope with postage fully prepaid thereon addressed to:

    Ervin J. LaMie, Jr.
    5494 Wilson Road
    Fruitport, MI 49415

    Edward E. Wasiura
    Houghtaling, Wasiura & Catalino, PLC
    1189 Peck Street, P.O. Box 976
    Muskegon, MI 49443-0976

Approved, SCAO

| STATE OF MICHIGAN<br>20th JUDICIAL CIRCUIT - FAMILY DIVISION<br>COUNTY | ORDER FOR CONTEMPT OF COURT | CASE NO. 11-02489-CH<br>PETITION NO. |
|---|---|---|

Court address: 414 Washington St., Grand Haven, MI 49417  
Court telephone no.: (616) 846-8315

1. In the matter of   Ervin Joseph Lamie, Jr. v Greg Smith, et al  
   name(s), alias(es), DOB

2. Date of hearing: 03/05/2012   Judge: Edward R. Post  
   Bar no.

**THE COURT FINDS:**

3. A motion and affidavit, stating with specificity the allegations supporting contempt, was served and notice of hearing was given as required by law.
4. Specific findings of fact and conclusions of law regarding this proceeding have been made on the record.
5. __Ervin Joseph LaMie, Jr.__ was ordered on __02/13/2012__  
   Name                                                                 Date  
   to  refrain from the filing or recording of any notice of lis pendens relating to the Taft Road property without order of the Court

☑ 6. There is  ☑ a preponderance of evidence  ☐ evidence beyond a reasonable doubt  that the person named in item 5 is guilty of  ☑ civil  ☐ criminal  contempt of court.

☐ 7. The respondent is not guilty of contempt of court.

**IT IS ORDERED:**

☐ 8. The motion is denied.

☑ 9. __Ervin Joseph LaMie, Jr.__ shall  
   Name

   ☐ pay a fine of $_____.

   ☐ pay costs and expenses of the proceeding in the amount of $_____.

   ☐ pay damages to _____, the injured party.

   ☐ pay attorney fees in the amount of $_____.

   ☐ be sentenced to the _____ county jail until the following conditions are met:

   ☑ be sentenced to the __Ottawa__ county jail for __30__ days with credit for _____ days served.

   ☑ other: Sentence suspended on the condition that Ervin Joseph LaMie Jr. refrains from further violation of the Court's Orders.

Date                                                                 Judge

Do not write below this line - For court use only

JC 40 (9/09) ORDER FOR CONTEMPT OF COURT   MCL 600.1701, MCL 600.1715, MCL 600.1721, MCL 712A.6a, MCL 712A.26, MCR 3.928, MCR 3.987(F)

## STATE OF MICHIGAN

## IN THE 20TH CIRCUIT COURT OF OTTAWA

ERVIN JOSEPH LAMIE JR.　　　　　　　　Hon. Edward R. Post

　　　　Plaintiff,　　　　　　　　　　　　File no. 11-02489-CH

V

GREG SMITH
PAMELA SUE SMITH, HUSBAND AND WIFE
DAVID W. LAMIE
ERVIN J. LAME SR.
MURIEL D. LAMIE, HUSBAND AND WIFE
FRED BENDER JR.
　Jointly and severely,
　　　　Defendants
_____/

### ORDER

　　At a session of said Court held in the City of Grand Haven, County and Sate Aforesaid this _____ day of _____, 2012.

　　　　PRESENT: Honorable Edward Post
　　　　　　　　　Circuit Court Judge

　　This matter having come before this Court upon the various motions filed in this matter and heard on February 13th, 2012, and the Court having reviewed same and being fully advised in the premises.

　　NOW THEREFORE, IT IS HEREBY ORDERED that Ervin Joseph LaMie Jr. shall spend thirty days in the County jail for contempt of court if he files another Lis Pendens with the Ottawa County Register of deeds concerning this case.

　　IT IS FURTHER ORDERED that the Sentence is suspended on the condition that Ervin Joseph LaMie Jr. refrains from submitting another Lis Pendens in this case to the Ottawa County Register of deeds.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Edward R. Post
　　　　　　　　　　　　　　　　　　　　Circuit Court Judge

Subject: Re: 11-02489-CH

From: circuitcourt@miottawa.org (circuitcourt@miottawa.org)

To: pamsmustang@yahoo.com;

Date: Monday, March 26, 2012 7:51 AM

Hello - On March 5, 2012: Motion and Order to Show Cause-Motion for Contempt; hearing held. Plaintiff found in contempt. 30 days jail, suspended.

Those are the Judge's notes in the file. In order to find out, verbatim, what was said, you may order a transcript of the proceedings. If you wish to do so, please contact Kathy at 616 846 8151.
Thank you.