UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERVIN J. LAMIE, JR., )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>GREG SMITH, et al., )<br>    Defendants. )<br>_____) | No. 1:12-cv-201<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion for summary judgment, having dismissed the claims in the complaint and the counterclaims, and having dismissed as moot all other pending motions and objections, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  March 6, 2013            /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge